IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAKE LYNN NORWOOD** **PLAINTIFF**
**ADC #554009**

v.          CASE NO. 4:23-CV-00823-BSM-PSH

**DEXTER PAYNE,** *et al.*          **DEFENDANTS**

## ORDER

    Having reviewed the record *de novo*, Magistrate Judge Patricia S. Harris's partial recommended disposition [Doc. No. 12] is rejected as to Jake Norwood's retaliation claim against Ricky Williamson and adopted with respect to Norwood's remaining claims. Norwood's retaliation and sexual harassment/assault claims against Williamson are therefore permitted to proceed and his remaining claims are dismissed. This is true because Norwood has sufficiently alleged that, after he reported that Williamson sexually harassed him, Williamson falsely claimed that Norwood violated work-release rules, which resulted in Norwood receiving a major disciplinary. Am. Compl. ¶¶ 7–10; *see Dixon v. Brown*, 38 F.3d 379, 379 (8th Cir. 1994) (filing a false disciplinary is actionable when done in retaliation for an inmate's filing of a grievance).

    IT IS SO ORDERED this 15th day of February, 2024.

                                                     /s/ Brian S. Miller
                                                    UNITED STATES DISTRICT JUDGE