IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAKE LYNN NORWOOD**                                                   **PLAINTIFF**
**ADC #554009**

v.                **CASE NO. 4:23-CV-00823-BSM**

**RICKY WILLIAMSON**                                                    **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE